UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOANNE HALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC,<br><br>    Defendant. | Case No: 21-cv-05289 SBA<br><br>**ORDER VACATING DATES AND SETTING DEADLINE FOR STIPULATION OF DISMISSAL** |

Having received notice of the settlement of this action, see Dkt. 26, IT IS HEREBY ORDERED THAT all pending dates and deadlines are VACATED. The parties shall file a Joint Stipulation for Dismissal by October 5, 2022.

IT IS SO ORDERED.

Dated: September 7, 2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge